Submitted on record and briefs March 16, convictions affirmed; remanded for resentencing June 3, 1992

STATE OF OREGON,
*Respondent,*

*v.*

ESTANISLAO VALDEZ VALDOVINOS,
*Appellant.*

(9005-32899; CA A67277)

830 P2d 638

Elliot Holden, Portland, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

## PER CURIAM

Defendant was charged with delivery and possession of a controlled substance, ORS 475.992, both as part of a drug cultivation, manufacture or delivery scheme or network. He was sentenced under the sentencing guideline that involves a "scheme or network" factor. The state concedes that the sentence was improper. *State v. Moeller*, 105 Or App 434, 806 P2d 130, *rev dismissed* 312 Or 76, 815 P2d 701 (1991). We accept that concession. Because defendant challenges only the sentence imposed, we remand for resentencing.

Convictions affirmed; remanded for resentencing.